# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Janet Torri, Plaintiff,<br>vs.<br>Remi Johnson, Sandra Frankiewicz and Lori Ann Ogolini, Defendants. | FILED: JULY 16, 2008<br>08CV4138<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE MASON<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Janet Torri

| | |
|---|---|
| NAME (Type or print)<br>Wendell W. Clancy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Wendell W. Clancy | |
| FIRM<br>Clancy Law Offices | |
| STREET ADDRESS<br>7 S. Second Avenue | |
| CITY/STATE/ZIP<br>St. Charles, IL 60174 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0450146 | TELEPHONE NUMBER<br>630-584-7666 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |